### STATE of Maine

### v.

### Patrick McDONOUGH et ux.

Supreme Judicial Court of Maine.

Argued Sept. 10, 1984.

Decided Sept. 20, 1984.

Margaret J. Kravchuk, Dist. Atty., Gary F. Thorne, Asst. Dist. Atty. (orally), Bangor, for the State.

Patrick McDonough (orally), Bradford, for defendants.

Before McKUSICK, C.J., NICHOLS, WATHEN, GLASSMAN and SCOLNIK, JJ., and DUFRESNE, A.R.J.

## MEMORANDUM DECISION.

The issues raised by the Plaintiffs, Patrick McDonough and Dianne McDonough, upon this appeal from their convictions of a civil violation, 20 M.R.S.A. § 911, in Superior Court, Penobscot County, are essentially the same issues as were considered in their appeal from a previous conviction for an identical offense, *State v. McDonough*, 468 A.2d 977 (Me.1983), and are controlled thereby.

No other contention advanced on this appeal meriting discussion, the entry is:

Judgment affirmed.

All concurring.